UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICTOR MRAZ,

        Plaintiff,

v.                                Case No.:  2:18-cv-254-FtM-38NPM

I.C. SYSTEMS, INC.,

        Defendant.
_____/

## ORDER[1]

Before the Court is Defendant's Offer of Judgment (Doc. 36-1), which Plaintiff accepted (Doc. 36). The parties agreed to the Offer of $1,001 plus "an additional amount for reasonable attorney's fees and taxable costs incurred by Plaintiff, in [an] amount to be determined by the Court if the parties are unable to come to an agreement." (Doc. 36-1 at 1). Rule 68 allows parties to agree on "an offer to allow judgment on specified terms, with the costs then accrued." Fed. R. Civ. P. 68(a). Considering the accepted Offer, Rule 68, and relevant law, the Court will enter judgment in favor of Plaintiff and reserve jurisdiction to determine reasonable attorney's fees and costs, if necessary. *See Arencibia v. Miami Shoes, Inc.*, 113 F.3d 1212, 1214 (11th Cir. 1997) (The "court properly reserved jurisdiction in its final judgment to determine costs awardable."). In the event

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

the parties cannot resolve the matter on their own, Plaintiff must file a motion for attorney's fees and costs within thirty days. And the Court may then enter an amended judgment after resolution on the fees and costs.

Accordingly, it is now

**ORDERED:**

1. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiffs.

2. The Clerk is **DIRECTED** to terminate all deadlines and pending motions.

3. To enforce the accepted Offer of Judgment (Doc. 36-1), the Court **RESERVES JURISDICTION** to determine Plaintiff's reasonable attorney's fees and taxable costs, if necessary. Should the parties fail to resolve those matters on their own, Plaintiff must **FILE** a motion for attorney's fees and costs on or before **October 4, 2019**.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of September, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record